Decided September 26, 2001

## ROSE LAFLAMME *v.* JOSEPH DALLESSIO, EXECUTOR (ESTATE OF DOMINIC DALLESSIO)

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 1 (AC 20554), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was no material question of fact regarding whether the defendant executor owed a duty of care to the plaintiff?"

The Supreme Court docket number is SC 16594.

*Michael W. Levy*, in support of the petition.

*John P. Calabrese*, in opposition.

Decided September 26, 2001